## United States District Court
## Violation Notice

CVB Location Code: CA30

FACV0076

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FACV0076 | Aguilar | 1673 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 07/04/2024 15:46 | FED 36 CFR 261.13 |

Place of Offense: RUBICON RIVER

Offense Description: Factual Basis for Charge
36 CFR 261.13 - MOTOR VEH USE OTH DESIGNA

HAZMAT ☐

### DEFENDANT INFORMATION

Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| MORGAN | MICHAEL | E |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|

☐ Adult  ☐ Juvenile  Sex ☐ M ☐ F  | Race | Hair | Eyes | Height | Weight |

### VEHICLE

VIN:    CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 15145K3 | CA | 2019 | FORD/King Ranch | ☐ | WHI |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | |
|---|---|
| $ 150.00 | Forfeiture Amount |
| $ 30.00 | Processing Fee |
| PAY THIS AMOUNT  $ 180.00 | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

FACV0076

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____07/04/2024_____ while exercising my duties as a law enforcement

officer in the _____Eastern_____ District of _____CA_____

Pursuant to 16USC 551: I observed a white Ford truck bearing California license 15145K3 , parked alongside the Rubicon River on the Georgetown Ranger District of the Eldorado National Forest, where forest visitors are not allowed to possess or use motor vehicles per the current Eldorado National Forest Motor Vehicle Use Map.

The Ford truck owner was identified as Michael Morgan (Morgan). Upon contacting Morgan, I explained the violation to him and informed him that he was to be issued a violation notice and would have to remove his vehicle from the area. Lo complied and proceeded to remove his vehicle after the citation was issued.

Michael Morgan was issued a violation notice pursuant to 36 CFR 261.13 for possessing a motor vehicle off a designated route.

The foregoing statement is based upon:

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:

_____07/04/2024_____                    _____
Date (mm/dd/yyyy)                           Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on:          _____

Date (mm/dd/yyyy)                    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;        PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license;        CMV = Commercial vehicle involved in incident